THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN BLOCHER, Respondent, v. THOMAS F. CROWLEY et al., Board of Assessors of the City of Buffalo, Appellants.

*People ex rel. Blocher* v. *Crowley*, 21 App. Div. 304, affirmed.
(Submitted April 18, 1898; decided May 3, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 25, 1897, reversing an order of Special Term quashing a writ of certiorari to review an assessment.

*William H. Cuddeback* and *Albert H. Jackson* for appellants.

*Hammond & Brown* for respondent.

Order affirmed, with costs; no opinion.
All concur, except HAIGHT and VANN, JJ., not voting.

In the Matter of the Application of THE BUFFALO TRACTION COMPANY, Respondent, for the Appointment of Commissioners to Determine, etc.; EMMA K. WHITE et al., Appellants.

*Matter of Buffalo Traction Co.*, 25 App. Div. 447, affirmed.
(Argued April 19, 1898; decided May 3, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 23, 1898, confirming the report of commissioners determining that a proposed street surface railroad should be constructed and operated.

*Eugene M. Bartlett* for appellants.

*J. H. Metcalf* for respondent.

Order affirmed, with costs; no opinion.
All concur.